**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 95-7924**

───────────

ROBERT LEE BROCK, a/k/a Two Souls Walker,

Plaintiff - Appellant,

versus

PATRICIA H. KRUEGER, Chief Deputy Clerk of
State Supreme Court,

Defendant - Appellee.

───────────

**No. 95-7937**

───────────

ROBERT LEE BROCK, a/k/a Two Souls Walker,

Plaintiff - Appellant,

versus

NURSE HARRISON, Indian Creek Correction Cen-
ter; NURSE GOODE, Indian Creek Correction
Center,

Defendants - Appellees.

───────────

Appeals from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-95-332, CA-95-507-2)

───────────

Submitted: March 21, 1996          Decided: April 10, 1996

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Lee Brock, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing his 42 U.S.C. § 1983 (1988) complaints. The district court assessed filing fees in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), cert. denied, 454 U.S. 1153 (1982), and dismissed the cases without prejudice when Appellant failed to comply with the fee orders. Finding no abuse of discretion, we affirm the district court's orders. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2